IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEFAN WOODSON,

    Plaintiff,

v.                                          Case No. 3:13CV134

CITY OF RICHMOND, VIRGINIA,
C.T. WOODY, JR., SHERIFF,
KEN MCRAE, JOHN DOE DEPUTIES,
CORRECT CARE SOLUTIONS, LLC,
JOHN DOE MEDICAL STAFF, AND
MOTSUMI MOJA,

    Defendants.

## **STIPULATION OF DISMISSAL**

    NOW COMES Plaintiff, Stefan Woodson, and Defendant City of Richmond, by counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, represent to the Court that Plaintiff agrees and stipulates that this action shall be dismissed with prejudice as to Count II only as to Defendant City of Richmond only, and that neither party shall be regarded as a prevailing party in this action for any purpose, and that each party shall bear their own costs and attorney fees incurred in this action.

**CITY OF RICHMOND, VIRGINIA**

By Counsel

/s/_____
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200
804-747-6085 – facsimile
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for City of Richmond, Virginia*

**STEFAN WOODSON**

By Counsel

/s/_____
Seth R. Carroll, Esq.
Benjamin M. Andrews, Esq.
Geoff McDonald & Associates, P.C.
8905 Fargo Road
Richmond, VA 23229
804-359-4446
804-359-5426 – facsimile
scarroll@mcdonaldinjurylawcom
bandrews@mcdonaldinjurylaw.com
*Counsel for Plaintiff*