

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEFAN WOODSON,

    Plaintiff,

v.                            Case No. 3:13CV134

CITY OF RICHMOND, VIRGINIA, C.T.
WOODY, JR., SHERIFF, JOHN DOE
DEPUTIES, CORRECT CARE SOLUTIONS,
LLC, JOHN DOE MEDICAL STAFF, AND
MOTSUMI MOJA,

    Defendants.

## CONSENT ORDER REGARDING EXPERTS

Plaintiff, Stefan Woodson, ("Plaintiff") and Defendants, City of Richmond, Virginia, C.T. Woody, Jr., Sheriff, Correct Care Solutions, LLC, and Motsumi Moja, (collectively referred to as "the defendants"), through their counsel, submit the following Order pursuant to Federal Rules of Civil Procedure Rule 26 and the Court's Pre-Trial Order:

1.     Plaintiff shall have until November 20, 2013 to designate experts in accordance with Rule 26(a)(2).

2.     The defendants shall have until December 20, 2013 to designate experts in accordance with Rule 26(a)(2).

3.     The defendants shall be afforded the opportunity to depose each of plaintiff's experts so long as a timely request for the depositions is provided to plaintiff's counsel.

4.     Plaintiff's counsel shall not take the deposition of any expert designated by the defendants.

5.     Plaintiff shall not designate any rebuttal experts.

All other discovery deadlines and other deadlines established by the orders of the court and the Local Rules shall remain in effect.

At the request of and with the consent of the parties, it is hereby ORDERED.

ENTER: December 1⁄2, 2013

BY: /s/ REP
Robert E. Payne, Judge

We ask for this:

David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for City of Richmond, Virginia*

Seen and Agreed:

Seth R. Carroll, Esq. (VSB No. 74745)
Geoff McDonald & Associates, P.C.
8905 Fargo Road
Richmond, VA 23229
804-545-6798 - Phone
804-359-5426 - Fax
scarroll@mcdonaldinjurylaw.com
*Counsel for Plaintiff*

Seen and Agreed:

_____
Jeff W. Rosen, Esq. (VSB No. 22689)
Jeffrey A. Hunn, Esq. (VSB No. 45487)
Pender Coward
222 Central Park Avenue
Virginia Beach, VA 23462
757-490-3000 - Phone
757-490-6298 - DD
757-497-1914 – Fax
jrosen@pendercoward.com
jhunn@pendercoward.com
*Counsel for Sheriff C. T. Woody, et al.*

Seen and Agreed:


_____
Edward J. McNelis, III, Esq. (VSB No. 34003)
Issac A. McBeth, Esq. (VSB No. 82400)
Rawls McNelis & Mitchell, PC
211 Rocketts Way, Suite 100
Richmond, VA 23231
804-344-0038 - Phone
804-782-0603 - DD
804-782-0133 - Fax
emcnelis@rawlsmcnelis.com
imcbeth@rawlsmcnelis.com
*Counsel for Correct Care Solutions, LLC,
John Doe Medical Staff, And Motsumi Moja*

Seen and Agreed:

_____
Jeff W. Rosen, Esq. (VSB No. 22689)
Jeffrey A. Hunn, Esq. (VSB No. 45487)
Pender Coward
222 Central Park Avenue
Virginia Beach, VA 23462
757-490-3000 - Phone
757-490-6298 - DD
757-497-1914 – Fax
jrosen@pendercoward.com
jhunn@pendercoward.com
*Counsel for Sheriff C. T. Woody, et al.*

Seen and Agreed:

_____
Edward J. McNelis, III, Esq. (VSB No. 34003)
Issac A. McBeth, Esq. (VSB No. 82400)
Rawls McNelis & Mitchell, PC
211 Rocketts Way, Suite 100
Richmond, VA 23231
804-344-0038 - Phone
804-782-0603 - DD
804-782-0133 - Fax
emcnelis@rawlsmcnelis.com
imcbeth@rawlsmcnelis.com
*Counsel for Correct.Care Solutions, LLC,
John Doe Medical Staff, And Motsumi Moja*