IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEFAN WOODSON,

    Plaintiff,

v.                         Civil Action No. 3:13cv134

CITY OF RICHMOND, VIRGINIA,
et. al.,

    Defendants.

**ORDER**

Pursuant to a telephone conference with the parties, PLAINTIFF'S CORRECTED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (Dkt. No. 63) is GRANTED. All parties having agreed that the granting of Plaintiff's motion makes the existing trial schedule unworkable, PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND ENLARGE DEADLINES (Dkt. No. 75) is also GRANTED. The parties are hereby ORDERED to confer and present the Court with a new trial schedule.

The Plaintiff having indicated that he intends to file a motion for leave to file a third amended complaint, the following briefing schedule is hereby ORDERED:

1) The initial motion and memorandum must be filed no later than Monday, January 13, 2014, at 5 P.M.

2) Any response in opposition must be filed no later than Friday, January 24, at 5 P.M.

3) Any reply in support must be filed no later than Monday, January 27, at 5 P.M.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 10, 2014