



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEFAN WOODSON,

    Plaintiff,

v.                                Case No. 3:13CV134

CITY OF RICHMOND, VIRGINIA, C.T.
WOODY, JR., SHERIFF, JOHN DOE
DEPUTIES, CORRECT CARE SOLUTIONS,
LLC, JOHN DOE MEDICAL STAFF, AND
MOTSUMI MOJA,

    Defendants.

## CONSENT ORDER

By agreement of the parties, the Court hereby ORDERS as follows:

1. The due date for responses to the Second Amended Complaint filed by the Plaintiff on Friday, January 17, 2014 is hereby extended;

2. All defendants currently named in the case, The City Of Richmond, Virginia, C.T. Woody, Jr., Sheriff, Correct Care Solutions, LLC, and Motsumi Moja, will file responsive pleadings within fourteen (14) days after the Court's Order granting or denying the Plaintiff's Motion for Leave to File Third Amended Complaint.

ENTER:    /    /January 28, 2014

BY:    /s/   REP
                  Judge

We ask for this:

_____
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for City of Richmond, Virginia*


Seen and Agreed:

_____
Seth R. Carroll, Esq. (VSB No. 74745)
Elyse H. Stiner, Esq.
Commonwealth Law Group
1506 Staples Mill Road, Suite 202
Richmond, VA 23230

Benjamin M. Andrews, Esq.
The Halperin Law Center
4870 Sadler Road, Suite 300
Glen Allen, VA 23060
*Counsel for Plaintiff*


_____
Jeff W. Rosen, Esq.
Jeffrey A. Hunn, Esq.
Pender Coward
222 Central Park Avenue
Virginia Beach, VA 23462
*Counsel for Defendant C.T. Woody, Jr., Sheriff*

_____
Edward J. McNelis, III, Esq.
Issac A. McBeth, Esq.
Rawls McNelis & Mitchell, PC
211 Rocketts Way, Suite 100
Richmond, VA 23231
*Counsel for Defendants Motsumi Moja, M.D.,
    and Correct Care Solutions, LLC*