IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEFAN WOODSON,

    Plaintiff,

v.                               Civil Action No. 3:13cv134

CITY OF RICHMOND, VIRGINIA,
et. al.,

    Defendants.

## ORDER

Pursuant to a telephone conference held on January 10, 2014, it is hereby ORDERED that oral argument on PLAINTIFF'S CORRECTED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT (Docket No. 84) is scheduled for 10:00 a.m. February 10, 2014.

    It is so ORDERED.

                                    /s/     /REP/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: January 24, 2014