IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRINIGA
Richmond Division

STEFAN WOODSON,

    Plaintiff,

    v.                                           Case No. 3:13CV134 REP

CITY OF RICHMOND, VIRGINIA, *et al*.

    Defendants.

**PLAINTIFF'S SECOND EXPERT DISCLOSURES**
**PURSUANT TO FRCP 26(a)(2)**

Plaintiff Stefan Woodson, by counsel, hereby discloses the following experts in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and the agreement of the parties.

**I.**     **RETAINED EXPERTS**

    **1.**     **Applied Climatologists, Inc.**
                  **Laurence Kalkstein, Ph.D**
                  **896 Banyan Court**
                  **Marco Island, FL 34145**
                  **$500 hourly rate**

    **2.**     **David Sailor, Ph.D**
                  **Department of Mechanical and Materials Engineering**
                  **Portland State University**
                  **P.O. Box 751**
                  **Portland, OR 97207**

See Assessment Reports (November 19, 2013 report & September 5, 2014 report) by Laurence Kalkstein with Appendix A by David Sailor (Exhibit A), Laurence Kalkstein CV (Exhibit B), David Sailor CV (Exhibit C), Rate Summary and invoices for Kalkstein & Sailor (Exhibit D).

3. **Jeffrey Eiser**
   **Jail Operations and Corrections Expert**
   **12122 Huntergreen Drive**
   **Cincinnati, Ohio 45251**

See Correctional Standards report of Jeffrey Eiser (Exhibit E), Eiser's Cv and List of Testimonies (Exhibit F). Factual discovery is ongoing of the involved Deputies. Plaintiff reserves the right to supplement this disclosure, pertaining to new deputies, as discovery continues.

**Respectfully submitted,**
**STEFAN WOODSON**


_____/s/_____
Jonathan E. Halperin, Esq. (VSB No. 32698)
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
(804) 556-4898
(866) 335-1502 (f)
jonathan@halperinlegal.com

Seth R. Carroll, Esq. (VSB No. 74745)
Commonwealth Law Group
1506 Staples Mill Road, Suite 202
Richmond, VA 23230
(804) 551-9650
(804) 716-5031 (f)
scarroll@hurtinva.com
*Counsel for Plaintiff Stefan Woodson*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 2nd day of September, 2014, I sent a copy of the foregoing electronically to:

Edward J. McNelis, III, Esq.
Isaac A. McBeth, Esq.
Grace M. Brumagin, Esq.
Rachel L. Procopio, Esq.
Rawls, McNelis & Mitchell, P.C.
211 Rocketts Way, Suite 100
Richmond, VA 23231
Phone: (804) 344-0038
Fax: (804) 782-0133
emcnelis@rawlsmcnelis.com
imcbeth@rawlsmcnelis.com
gbrumagin@rawlsmcnelis.com
rprocopio@rawlsmcnelis.com
*Attorneys for Motsumi Moja,*
*Correct Care Solutions, John Davis, et al.*

Jeff W. Rosen, Esq.
Jeffrey A. Hunn, Esq.
Pender & Coward
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000/(757) 502-7351
jrosen@pendercoward.com
*Attorneys for C.T. Woody, Jr., Sheriff*

David P. Corrigan, Esq.
Jeremy D. Capps, Esq.
Maurice S. Fisher, Jr., Esq.
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, Virginia 23255
Phone: (804) 747-5200
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Attorneys for City of Richmond*

Kyle R. Elliott, Esq.
Office of the Richmond City Attorney
Richmond, Virginia 23219
Phone: (804) 646-7946
Fax: (804) 646-7939
Kyle.elliott@richmondgov.com
*Attorneys for City of Richmond*

Thomas D. Lane, Esq.
Thompson McMullan PC
100 Shockhoe Slip, 3rd Floor
Richmond, Virginia 23219
Phone: (804) 698-6206
tlane@t-mlaw.com
*Attorneys for Abraham Bul, Donald Palmer*
*and John Whitaker*

Cynthia Santoni, Esq.
Eric Burns, Esq.
Wilson, Elser, Maskowitz, Edelman & Dicker, LLP
8444 Westpark Drive Suite 510
McLean, Virginia 22102
(703) 245-9300
cynthia.santoni@wilsonelser.com
eric.burns@wilsonelser.com
*Attorneys for Marian Williams*

Marshall Ross, Esq.
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
(804) 565-6813
(804) 346-5954 (f)
mross@goodmanallen.com
*Attorneys for Natasha Briggs*
*and Joett Vernon-Ramsey*

Leslie A. Winneberger, Esquire
William Fisher Etherington, Esquire
Beale Davidson Etherington & Morris, PC
701 E. Franklin Street, Suite 1200
Richmond, VA 23219
(804) 788-1500
(804) 788-0135 (f)
lwinneberger@bealelaw.com
wetherington@beallaw.com
*Attorneys for Johnny Scott, Daniel*
*Quinney, Edward Moody,*
*and Tristan Brown*

Kimberly A. Satterwhite, Esq.
Todd D. Anderson, Esq.
Herbert & Satterwhite, P.C.
7201 Glen Forest Drive, Suite 203
Richmond, Virginia 23255
(804) 554-1800
(804) 554-1801 (f)
ksatterwhite@herbertsatterwhite.com
tanderson@herbertsatterwhite.com
*Attorneys for Robert Cushionberry*

_____/s/_____
Jonathan E. Halperin